**Ernst GELIN, Plaintiff–Appellant,**

v.

**LEHMAN AND CITY COLLEGES, Defendants–Appellees.**

No. 00–7419.

United States Court of Appeals, Second Circuit.

Jan. 25, 2001.

Ernst Gelin, pro se.

Ann P. Zybert, Assistant Solicitor General; Robert A. Forte, Deputy Solicitor General, & Mark S. Gimpel, Assistant Solicitor General, on the brief, State of New York, Office of the Attorney General, New York, NY, for appellees.

Present MESKILL, LEVAL and CALABRESI, Circuit Judges.

### SUMMARY ORDER

Plaintiff Ernst Gelin appeals on numerous grounds from a judgment entered in favor of defendants-appellees Lehman and City Colleges, including that the magistrate judge's report and recommendation was not supported by credible evidence and that the statute of limitations was not appropriately applied to his case. We have considered plaintiff's arguments and find them to be without merit.

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judg-

ment of the District Court be and it hereby is AFFIRMED.